IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

UNITED STATES OF AMERICA,

      Plaintiff,

vs.                                       NO. 19-MJ-642 JHR

JESUS ROMERO RODRIGUEZ,
      Defendant.

## NOTICE OF ENTRY OF APPEARANCE
## AND SUBSTITUTION OF COUNSEL

COMES NOW, Erlinda O. Johnson, Esq., and respectfully notifies this Honorable Court, counsel of record for the United States, that she is hereby entering her appearance on behalf of Jesus Romero Rodriguez for all purposes in this case as Mr. Romero's counsel of choice and in substitution of counsel Martin Lopez. See, e.g., *United States v. Gonzales-Lopez,* 548 U.S. 140, 144 (2007).

Counsel Erlinda O. Johnson respectfully requests that all notices, pleadings and correspondence on behalf of Jesus Romero Rodriguez in this case be delivered to the attention of Erlinda O. Johnson.

                                      Respectfully Submitted,

                                      /s/ Submitted Electronically 3/15/19
                                      Erlinda O. Johnson
                                      Counsel for Jesus Romero Rodriguez
                                      620 Roma Ave. N.W.

Albuquerque, New Mexico 87102
Phone: (505) 792-4048
Fax: (505) 792-2268

## CERTIFICATE OF SERVICE

      I hereby certify that on this 15th day of March, 2019 I filed the foregoing pleading electronically through the CM/ECF system, which caused counsel of record for the United States, and current counsel of record for the Defendant, to be served with a copy of this pleading by electronic means.

/s/ Submitted Electronically 3/15/19
Erlinda O. Johnson